UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

John L. Johnson, Patty L. Kory, Eugene Hedin, Hubbard Milling Company, Little Falls Granite Works, Inc., Bertha Bain, Charles Schultz, Jill Schultz, Cheryl Lambrecht,

Defendants. Civ. No. 00-1154 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

To: Roylene Ann Champeaux, Assistant United States Attorney, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

At Duluth, in the District of Minnesota, this 17th day of October, 2000.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on May 5, 2000, by the filing of a Complaint with the Clerk of Court. It appears that one hundred and

10/17/00
...AL, CLERK
...

twenty (120) days have passed and the Defendants Patty L. Kory, Eugene Hedin, Little Falls Granite Works, Inc., Bertha Bain, Charles Schultz, and Jill Schultz have not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That counsel for the Plaintiff is directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon these Defendants, and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE