UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1154 JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN L. JOHNSON, PATTY L. KORY f/k/a PATTY L. JOHNSON, EUGENE HEDIN, HUBBARD MILLING COMPANY, LITTLE FALLS GRANITE WORKS, INC., BERTHA BAIN, CHARLES SCHULTZ, JILL SCHULTZ and CHERYL LAMBRECHT,<br><br>Defendants. | **ORDER FOR SALE** |

**To: The United States Marshal for the District of Minnesota**

You are hereby commanded, in pursuance of the Default Judgment, Decree in Foreclosure, and Order of Sale entered on May 4, 2001, in the above-entitled case, by the United State District Court for the District of Minnesota, to proceed without delay and cause to advertise and sell, according to law and the said Judgment, the real property more particularly described in said Judgment, and that your proceedings regarding this sale be made known to the United States District Court for the District of Minnesota, according to the law, and that you then have this writ.

MAY 1 8 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The real property to be sold situated in the County of Morrison, State of Minnesota, is legally described as follows:

> The East half of Northwest quarter (E1/2 NW1/4), Southwest quarter of Northeast quarter (SW1/4 NE1/4), North half of Northeast quarter (N1/2 NE1/4), Northwest quarter of Northwest quarter (NW1/4 NW1/4), and that part of the Southwest quarter of Northwest quarter (SW1/4 NW1/4) lying North of the railway, all in Section Thirty-two (32); South half of Southeast quarter (S1/2 SE1/4) in Section Twenty-nine (29) and the South 30 rods of the Southwest quarter of Southeast quarter (SW1/4 SE1/4) in Section Thirty (30), all in Township One Hundred Twenty-nine (129), Range Thirty-one (31), subject to railroad right of way and mineral reservations of record, and less the westerly 2 rods of the West half of Northwest quarter (W1/2 NW1/4) of said Section 32; reserving unto the grantors herein the right to use the two (2) acres on the South side of the Swan River for the remainder of their lives,

subject to the life estate of Bertha Bain, to wit: two acres of the real property on the South side of the Swan River for the duration of her life, and the right of redemption which shall be thirty (30) days from the date of the foreclosure sale.

Following the sale of the real property, you shall apply to this court for confirmation of the sale proceeding, notice of which must be mailed to each party who possesses a legal interest in the real property.

This action is taken pursuant to 28 U.S.C. §§ 2001-2003.

Dated: May 17th, 2001

JAMES M. ROSENBAUM
U.S. District Court Judge