UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1154 JMR/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOHN L. JOHNSON, PATTY L. KORY f/k/a PATTY L. JOHNSON, EUGENE HEDIN, HUBBARD MILLING COMPANY, LITTLE FALLS GRANITE WORKS, INC., BERTHA BAIN, CHARLES SCHULTZ, JILL SCHULTZ and CHERYL LAMBRECHT,

Defendants.

**ORDER CONFIRMING SALE**

After an examination of the proceedings of the United States Marshal for the District of Minnesota relative to the sale of the property foreclosed in the above-entitled action, and being satisfied in all respects that the Marshal has conformed to the law,

IT IS ORDERED that the sale of the Marshal, as set forth in the Marshal's return on file with the Clerk of this Court, be and the same is in all things confirmed.

IT IS FURTHER ORDERED that the records of the Clerk of this Court shall show that the Court is satisfied with the legality of said sale.

IT IS FURTHER ORDERED that the United States Marshal for the District of Minnesota, at the expiration of thirty (30) days from the date of the sale of the real property, shall issue to the purchaser of said real property a Marshal's deed conveying to it

FILED
RICHARD D. SLETTEN, CLERK
SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

all of the interest in said property purchased at the Marshal's sale herein unless said property is redeemed.

Dated: September 13, 2001

James M. Rosenbaum, Chief
United States District Court Judge